UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA M. DUNN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-01081-MCE-DMC<br><br><br>**ORDER** |

　　　　On July 23, 2019, this Court issued an Order to Show Cause (ECF No. 8) directing Plaintiff to show cause in writing within ten (10) days why this case should not be dismissed. Plaintiff was specifically advised that failure to respond would result in dismissal of this action. To date, no response has been filed. Accordingly, this case is hereby DISMISSED with prejudice for failure to comply with the applicable rules and orders of this Court. The Clerk of the Court is directed to close this case.

　　　　IT IS SO ORDERED.

Dated: August 8, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1